**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE AMADOR JACOBO | CASE NO: |
| --- | --- |
| Plaintiff(s), | 2:17−cv−04099−FMO−SK |
| v. | |
| SOUTHERN CALIFORNIA PIZZA COMPANY, LLC, et al. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| Defendant(s). | |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: October 13, 2017       /s/ *Fernando M. Olguin*
                                                    Fernando M. Olguin
                                                    United States District Judge